Daniel B. Chammas (SBN 204825)
dchammas@fordharrison.com
Jennifer S. McGeorge (SBN 221679)
jmcgeorge@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA  90071
Telephone: (213) 237-2400
Facsimile:  (213) 237-2401

Attorneys for Defendant
YUSEN LOGISTICS (AMERICAS) INC.

SOLOUKI I SAVOY, LLP
Grant Joseph Savoy, Esq.(SBN: 284077)
grant@soloukisavoy.com
Shoham J. Solouki, Esq.(SBN: 278538)
shoham@soloukisavoy.com
316 W. 2nd Street, Suite 1200
Los Angeles, California 90012
Telephone: (213)814-4940
Facsimile: (213)814-2550

Attorneys for Plaintiff
MICHAEL JOSEPH METCALF
and Class Members

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH METCALF, an individual on behalf of himself and all similarly situated employees<br><br>Plaintiffs,<br><br>v.<br><br>YUSEN LOGISTICS (AMERICAS) INC., a New Work Corporation, YUSEN LOGISTICS CO., LTD, dba YUSEN LOGISTICS GROUP, a California Company;  and DOES 1 through 100, Inclusive,<br><br>Defendants. | **CASE NO.** 2:21-cv-05912 GW (PVCx)<br><br>[*Assigned to Hon. George H. Wu, Courtroom 9D*]<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed:      June 1, 2021<br>Date of Removal: July 21, 2021 |

1

Plaintiff MICHAEL JOSEPH METCALF ("Plaintiff") and Defendant YUSEN LOGISTICS (AMERICAS) INC. ("YLA") (together the "Parties"), by and through their counsel of record hereby notify the Court that following an all-day mediation with experienced mediator Jeffrey Krivis, the Parties have reached a global settlement and resolution of all claims in this matter. The Parties are working on the long form settlement agreement and will update the Court on the progress.

The Parties jointly request that the court vacate all pending deadlines, including the upcoming hearing on the Defendant's Ex Parte Application to Strike, Plaintiff's Motion for Class Certification, and Defendant's Motion for Partial Summary Judgment.

The Parties also request that the honorable Court set the case for a status conference in sixty (60) days.

Dated: March 17, 2023                    FORD & HARRISON LLP

                                         By: */s/ Daniel B. Chammas*
                                             Daniel B. Chammas
                                             Jennifer S. McGeorge
                                             Attorneys for Defendant
                                             YUSEN LOGISTICS (AMERICAS) INC.

Dated: March 17, 2023                    SOLOUKI SAVOY, LLP

                                         By: */s/ Shoham J. Solouki*
                                             Shoham J. Solouki
                                             Grant J. Savoy
                                             Attorneys for Plaintiff
                                             MICHAEL JOSEPH METCALF

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4(a)(2)**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4(a)(2), I have obtained the authorization from each of the above signatories to file the above-referenced document, and that the above signatories concur in and authorize the filing's content. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 17, 2023 at Los Angeles, California.

                    SOLOUKI SAVOY, LLP

By: */s/ Shoham J. Solouki*
Shoham J. Solouki
Grant J. Savoy
Attorneys for Plaintiff
MICHAEL JOSEPH METCALF

# CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of March, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registered users in this case.

SOLOUKI SAVOY, LLP

By: */s/ Shoham J. Solouki*
    Shoham J. Solouki
    Grant J. Savoy
    Attorneys for Plaintiff
    MICHAEL JOSEPH METCALF