UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-5912-GW-PVCx | Date | March 20, 2023 |
|---|---|---|---|
| Title | *Michael Joseph Metcalf v. Yusen Logistics (Americas), Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on March 17, 2023. The Court hereby vacates all currently set dates, and instead sets an order to show re: settlement hearing for May 22, 2023 at 8:30 a.m. The parties are to file a joint report by noon on May 18, 2023.

:

Initials of Preparer    JG