Daniel B. Chammas (SBN 204825)
dchammas@fordharrison.com
Jennifer S. McGeorge (SBN 221679)
jmcgeorge@fordharrison.com
FORD & HARRISON LLP
350 South Grand Avenue, Suite 2300
Los Angeles, CA 90071
Telephone: (213) 237-2400
Facsimile: (213) 237-2401

Attorneys for Defendant,
YUSEN LOGISTICS (AMERICAS) INC.

SHOHAM J. SOLOUKI (SBN 278538)
shoham@soloukisavoy.com
GRANT JOSEPH SAVOY (SBN 284077)
grant@soloukisavoy.com
SOLOUKI SAVOY, LLP
316 W. 2nd Street, Suite 1200
Los Angeles, CA 90012
Telephone: (213) 814-4940
Facsimile: (213) 814-2550

Attorneys for Plaintiff, individually
and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH METCALF, an individual on behalf of himself and all similarly situated employees<br><br>Plaintiffs,<br><br>v.<br><br>YUSEN LOGISTICS (AMERICAS) INC., a New Work Corporation, YUSEN LOGISTICS CO., LTD, dba YUSEN LOGISTICS GROUP, a California Company; and DOES 1 through 100, Inclusive,<br><br>Defendants. | CASE NO. CV 21-5912-GW-PVCx<br><br>*Assigned to Hon. George H. Wu Courtroom 9D*<br><br>**CLASS ACTION**<br><br>**ORDER REMANDING ACTION TO STATE COURT** |

Having reviewed and considered the Parties' Joint Stipulation to Remand Action to State Court, and GOOD CAUSE appearing, the Court hereby ORDERS that this action shall immediately be remanded to the Superior Court of California for the County of Los Angeles.

IT IS SO ORDERED.

Dated: May 18, 2023

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE